UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

FILED
ASHEVILLE, N. C.

JUN 23 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA
upon the relation and
for the use of the
TENNESSEE VALLEY AUTHORITY
Plaintiff

v.

AN EASEMENT AND RIGHT-
OF-WAY OVER 4.27 ACRES
OF LAND, MORE OR LESS,
IN CHEROKEE COUNTY,
NORTH CAROLINA

LOK KING KONG, TRUSTEE,
ET AL.
Defendants

Civil Action No. 2:05cv204

**ORDER OF POSSESSION**

Pursuant to 40 U.S.C. § 258a (2000), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the

1

pleadings filed herein, and that the Defendants in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This **23rd** day of **June**, 2005.

_____
United States District Judge

003738163

2