UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   upon the relation and<br>   for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>AN EASEMENT AND RIGHT-OF-WAY<br>OVER 4.27 ACRES OF LAND, MORE<br>OR LESS, IN CHEROKEE COUNTY,<br>NORTH CAROLINA<br><br>LOK KING KONG, TRUSTEE, ET AL.<br>Defendants | Civil Action No. 2:05CV204 |

**ORDER ALLOWING WITHDRAWAL OF FUNDS**

This action came on to be considered, and it appears to the Court that the parties have agreed to the withdrawal of the $243,850 deposited by Plaintiff upon the filing of the Declaration of Taking in this action as hereinafter provided pursuant to 40 U.S.C. § 3114-3118 (2000 & Supp. II 2002) and Federal Rule of Civil Procedure 71A(j).

Accordingly, it is Ordered that:

1. The Clerk of this Court is authorized and directed to draw two checks on the funds on deposit in the registry of this Court in the total amount of $243,850 (the sum deposited by Plaintiff in this action) as follows:

   (a) A check in the principal amount of $121,925 payable to "Lok King Kong as trustee," and

1

(b) A check in the principal amount of $121,925 payable to "Ai Choo Kong as trustee," and

to mail both checks to Fred H. Jones, Esq, Jones, Key, Melvin & Patton, P.A., 61 East Main Street, Franklon, North Carolina 28734.

2. Said payment shall be credited against the final award in this action without prejudice to the right of any party herein to claim a greater or lesser amount as just compensation.

3. The Defendants shall be jointly and severally liable for the reimbursement of any excess of said disbursements over the final award herein. Said reimbursement, if applicable, shall be made by mailing to the Tennessee Valley Authority's General Counsel, within 10 days from the date judgment is entered in this action, a check or checks payable to the Tennessee Valley Authority in the total amount of said difference.

We hereby approve and consent to the entry of this Order:

| | |
|---|---|
| s/Thomas A. Robins | s/Fred H. Jones |
| Thomas A. Robins | Fred H. Jones NC Bar Number 17479 |
| Attorney for Plaintiff | Attorney for Defendants |
| Senior Attorney | Jones, Key, Melvin & Patton, P.A. |
| Tennessee Valley Authority | 61 East Main Street |
| 400 West Summit Hill Drive | Franklin, North Carolina 28734 |
| Knoxville, Tennessee 37902-1401 | Telephone: (828) 524-4444 |
| Telephone: (865) 632-3021 | Facsimile: (828) 369-7343 |
| Facsimile: (865) 632-6718 | E-mail: fhjones@joneskey.com |
| E-mail: tarobins@tva.gov | |

003760434

Signed: March 9, 2006

Lacy H. Thornburg
United States District Judge